IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA NICOLE KUIPER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 25-00361-JB-B |
| | * |
| **STATE OF GEORGIA,** *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 31, 2025 (Doc. 19) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED with prejudice** for Plaintiff's failure to file a second amended complaint that is not a shotgun pleading and that complies with the Federal Rules of Civil Procedure and with this Court's repleading order (Doc. 14).

**DONE and ORDERED** this 2nd day of December, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE